**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1097**

_____

EHONAM M. AGBATI, a/k/a/ Roger Agbati,

       Plaintiff - Appellant,

    v.

VIRGINIA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
Office of Charitable and Regulatory Programs,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:19-cv-00512-JAG)

_____

Submitted:  July 29, 2022                      Decided:  August 18, 2022

_____

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ehonam M. Agbati, Appellant Pro Se.  Gregory Clayton Fleming, Senior Assistant
Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ehonam M. Agbati appeals the district court's orders granting in part Appellee's motion to dismiss Agbati's initial complaint, granting Appellee's partial motion to dismiss Agbati's amended complaint, and granting summary judgment to Appellee on Agbati's failure to promote claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Agbati v. Va. Dep't of Agric. & Consumer Servs.*, No. 3:19-cv-00512-JAG (E.D. Va. Apr. 6, 2020; Aug. 5, 2020; Jan. 7, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*